Christopher J. Fry, Esq. (SBN: 298874)
Email: cfry@frylawcorp.com
**FRY LAW CORPORATION**
980 9th Street, 16th Floor
Sacramento, California 95814
Telephone: (916) 291-0700
Facsimile: (916) 848-0256

Attorneys for Plaintiffs,
**KEITH FORSTER and YING FORSTER**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| KEITH FORSTER and YING FORSTER,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>Defendants. | **CASE NO.:** :17-cv-05120-BLF<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

1   Based upon the Stipulation submitted by and between KEITH FORSTER and YING
2   FORSTER ("Plaintiffs"), on the one hand, and defendants WELLS FARGO BANK, N.A.
3   ("Wells Fargo") and HSBC BANK USA, N.A. ("HSBC"), on the other hand, it is hereby
4   **ORDERED, ADJUDGED AND DECREED**:
5   Plaintiffs' Complaint is **DISMISSED WITH PREJUDICE**. Each party to bear its own
6   costs.

8   DATED: _____, 2018        By: _____
                                              United States District Judge

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | The undersigned certifies that, on May 25, 2018, I caused to be filed via the CM/ECF |
| 3 | system true and correct copies of the following documents and that the service of these |
| 4 | documents was accompanied on all parties in the case by CM/ECF system. |

*/s/ Christopher J. Fry*_____
Christopher J. Fry, Bar No. 298874
cfry@frylawcorp.com